CALVIN TANN, Respondent, v. CONTINENTAL CASUALTY COMPANY, Appellant, et al., Defendant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.